**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FUZHOU MINHOU FANSHILIU TRADING CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 26-cv-02452<br><br>Judge Manish S. Shah<br>Magistrate Judge Young B. Kim |

**DECLARATION OF SERVICE**

I, Junru Chen, of Chicago, Illinois, declare and state:

1) I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff Fuzhou Minhou FanShiLiu Trading Co., Ltd. ("Plaintiff"). I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2) This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and/or by sending an e-mail to the e-mail addresses provided for Defendants by third parties.

3) On March 19, 2026, I sent an e-mail containing copies of the Summons, Complaint, and Temporary Restraining Order ("TRO") to the e-mail address provided by third party e-commerce platforms as being related to the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Junru Chen
Junru Chen, Counsel for Plaintiff

Dated: March 25, 2026